Gary WOODS, as Tax Matters Partner of Tesoro Drive Partners, a Texas General Partnership, Plaintiff–Appellee

v.

UNITED STATES, Defendant–Appellant.

No. 11–50487.

United States Court of Appeals, Fifth Circuit.

Jan. 9, 2014.

Joel N. Crouch, Esq., and Anthony P. Daddino, Esq., Meadows, Collier, Reed, Cousins, Crouch & Ungerman, L.L.P., Dallas, TX, Stephanie Dawn Mongiello, Esq., Dallas, TX, for Plaintiff–Appellee.

Arthur Thomas Catterall, Tamara W. Ashford, Esq., Deputy Assistant Attorney General, Richard Bradshaw Farber, Esq., Supervisory Attorney and Gilbert Steven

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Rothenberg, Esq., Deputy Assistant Attorney General, Washington, DC, for Defendant–Appellant.

Before JONES, WIENER, and GRAVES, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This court affirmed the district court's judgment, which held that valuation-misstatement penalties were inapplicable under existing Circuit precedent. *Woods v. United States*, 471 Fed.Appx. 320 (5th Cir. 2012). On certiorari to resolve a Circuit split, the Supreme Court reversed. *United States v. Woods*, —— U.S. ——, 134 S.Ct. 557, 187 L.Ed.2d 472 (2013).

As the Supreme Court has now decided the issue raised on appeal and reversed our decision, we reverse the judgment of the district court and remand for proceedings consistent with the order of the Supreme Court.

**REVERSED AND REMANDED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.